FILED
2019 Sep-13 PM 02:45
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| JAMES BROADHEAD, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 2:19-cv-01341-RDP-JHE |
| OFFICER L. TERRELL, et al., | ) |
| Defendants. | ) |

## MEMORANDUM OPINION

On August 23, 2019, the magistrate judge entered a report recommending that this action be dismissed without prejudice pursuant to the three-strikes provisions of the Prison Litigation Reform Act. Plaintiff responded to the report and recommendation on September 3, 2019. (Doc. 4). His vague response appears to allege that, in the past, prison officials interfered with his ability to adequately prosecute his lawsuits by taking property from his cell, and that he is presently unable to pay the filing fee because of deductions being taken from his prisoner account, ostensibly because of previous lawsuits. (*Id.*). He asks the court to show "impartiality" and allow this action to proceed. (*Id.*).

Plaintiff's response is without merit. The Prison Litigation Reform Act prohibits this court from approving an *in forma pauperis* application by a prisoner who has had three or more cases dismissed as frivolous, malicious, or for failing to state a claim. 28 U.S.C. § 1915(g). The only exception to this prohibition is where a prisoner demonstrates he is under imminent danger of serious physical injury. However, neither Plaintiff's complaint, nor his objections to the report and recommendation, demonstrate he is under imminent danger of serious physical injury. Accordingly, because Plaintiff has had at least three prior cases dismissed as meritless, and because

he failed to pay the filing fee at the time he initiated this action, this matter is due to be dismissed without prejudice.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the magistrate judge's report is hereby **ADOPTED**, and the recommendation is **ACCEPTED**. This action is therefore due to be dismissed without prejudice pursuant to 28 U.S.C. § 1915(g).

A Final Judgment will be entered.

**DONE** and **ORDERED** this September 13, 2019.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE